**Motion Granted; Appeal Abated and Memorandum Opinion filed February 4, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00892-CR

**PATRICK LAMBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1451940**

## MEMORANDUM OPINION

On January 22, 2020, this court was formally notified of appellant's death and furnished a copy of appellant's death certificate. The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *See Freeman v. State,* 11 S.W.3d 240 (Tex. Crim. App. 2000). When an appellant dies after an appeal is perfected but before this court issues the mandate, the appeal is to be permanently abated. *See* Tex. R. App. P. 7.1(a)(2); *see also Graham v. State,* 991

S.W.2d 802, 802–03 (Tex. Crim. App. 1998). Accordingly, we order the appeal permanently abated.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).